Bank of America Tower
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Main: 904 598-6100
www.sgrlaw.com

# SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

Scott S. Gallagher
Direct Tel: 904-598-6111
Direct Fax: 904-598-6211
ssgallagher@sgrlaw.com

December 13, 2019

VIA E-MAIL: FISHBEINADAMJ@GMAIL.COM

Adam J. Fishbein, Esq.
735 Central Avenue
Woodmere, New York 11598

Re: Bluming v. Enhanced Recovery Company
Case No. 1:18-cv-3517 (FB) (RLM)

Dear Mr. Fishbein:

Enclosed please find Defendant, Enhanced Recovery Company, LLC's, Notice of Motion for Sanctions and the Motion for Sanctions and Incorporated Memorandum of Law. Pursuant to Judge Block's Individual Practices and Procedures, the Motion and supporting documentation will not be filed until the Motion is fully briefed. A copy of this transmittal letter is being provided to Judge Block and Chief Magistrate Judge Mann.

Sincerely,

Scott S. Gallagher

SSG/mmh
Enclosures

cc: The Honorable Frederick Block, *via U.S. Mail w/out encl.*
   Chief Mag. Judge Roanne L. Mann, *via U.S. Mail w/out encl.*




Atlanta | Austin | Jacksonville | London | Los Angeles | Miami | Munich | New York | Southampton | Washington, D.C.